NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PEDRO RANDELL SHIRD, JR.,⁣ )
)
        Appellant,⁣ )
)
v.⁣ )      Case No. 2D17-1784
)
STATE OF FLORIDA,⁣ )
)
        Appellee.⁣ )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and Judith Ellis, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.